

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL VELLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLIGNO, et al. | : | No. 06-5088 |

**ORDER**

AND NOW, this 11th day of June, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and any objections made thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JAMES T. GILES, J.

FILED

MICHAEL E. KUNZ, Clerk
By P.A.R.